UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| Ernesto Molinar Cisneros<br><br>Petitioner,<br><br>v.<br><br>BRIAN ACUNA ET AL<br><br>Respondents. | Case No.: 3:25-cv-01982-JE-KDM<br><br>**JUDGE JERRY EDWARDS**<br><br>**MAGISTRATE JUDGE KAYLA D. MCCLUSKY** |

## **ORDER**

IT IS ORDERED THAT the petition for habeas corpus is hereby dismissed in the above-described action.

SO ORDERED on this, the 27th day of February, 2026.

_____
US DISTRICT COURT JUDGE

1

## CERTIFICATE OF SERVICE

    I hereby certify that on February 25, 2026, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following: Brian ACUNA, et al. I hereby certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants: Warden.

                                             */s/ David J. Rozas*
                                             Attorney for Petitioner

2